ACCEPTED
03-15-00019-CV
4815576
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 4:36:16 PM
JEFFREY D. KYLE
CLERK

## NO: 03-15-00019-CV

IN THE THIRD DISTRICT COURT OF APPEALS

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 4:36:16 PM
JEFFREY D. KYLE
Clerk

*JEFF KAISER, P.C. and JEFFERY BENEDICT KAISER*
*a/k/a Jeffrey B. Kaiser,*

*Appellants*

**v.**

*THE STATE OF TEXAS,*

*Appellees*

From the 98th Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-GV-13-000790

### APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 26.3, Appellants Jeff Kaiser, P.C. and Jeffery Benedict Kaiser, file this Unopposed Motion for Extension of Time to File their Appellants' Brief, which motion complies with Rule 10.5(b), and in support thereof would respectfully show as follows:

1.      Appellant requested the reporter's record, including the trial transcript and all trial exhibits, on January 28, 2015. The Court Reporter promptly filed the reporter's record on February 18, 2015. Unfortunately, the

trial exhibits, including a stipulation of facts between the parties, was inadvertently left out of the reporter's record. Appellants' counsel did not realize the omission had occurred until yesterday, April 7, 2015. Counsel apologizes to the Court for his mistake in believing that the record was complete and for not catching the omission earlier.

2. Appellants are requesting a short extension of time to file their brief for a time sufficient for the Court Reporter to include in the record the factual stipulation and trial exhibits. Appellants seek an extension for the **lesser of** 7-days following the court reporter's supplemental filing or 30-days from today, which would make the extended deadline no later than May 8, 2015. Appellants' counsel has communicated with the Court Reporter, who indicates that the inadvertently omitted exhibits and stipulation of facts will be filed with the Court promptly.

3. This is Appellants' second request for an extension of time to file their brief on the merits.

4. This is an appeal from a final judgment in Cause No. D-1-GV-13-000790; *The State of Texas v. Jeff Kaiser, PC et al.;* in the 98th Judicial District Court of Travis County, Texas. The trial court signed its final order on December 1, 2014.

5. Appellants filed a request for findings of fact and conclusions of law on December 8, 2014.

6. Appellants filed their notice of appeal on January 8, 2015.

7. Appellants' original deadline to file their brief was set for Friday, March 20, 2015, and the deadline after the first unopposed extension was granted by the Court was today, April 8, 2015.

8. Appellants respectfully request that the Court of Appeals extend time for Appellants to file their Appellants' Brief until the **lesser of** 7-days following the court reporter's supplemental filing or 30-days from today, which would make the extended deadline no later than May 8, 2015.

9. Appellants do not seek this extension for the purposes of delay but only so that justice may be served.

<u>PRAYER</u>

For all these reasons, Appellants respectfully request an extension of time for filing their Appellants' Brief for the **lesser of** 7-days following the court reporter's supplemental filing or 30-days from today, which would make the extended deadline no later than May 8, 2015, and for all such further relief to which they may be justly entitled.

3

TWOMEY | MAY, PLLC

*/s/ George F. May/*

_____

George F. May
TBA NO. 24037050
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 [Telephone]
(832) 201-8485 [Telecopier]
george@twomeymay.com

Attorney in Charge on Appeal for Jeff Kaiser, P.C. and Jeffery Benedict Kaiser, Appellants

## CERTIFICATE OF CONFERENCE:

I certify that I conferred with counsel for Appellee who stated that Appellee does not oppose this motion.

*/s/ George F. May/*

_____

George F. May

**CERTIFICATE OF SERVICE**

I, George F. May, hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all parties and counsel of record, pursuant to Rules 21 and 21a, Tex. R. Civ. P., on this 8th day of April, 2015.

Mr. John C. Adams                                  Texas E-File/ E-Mail
Office of the Attorney General
300 W. 15th Street, Floor 8
Austin, Texas 78701
Telephone: 512-463-2173
Facsimile: 514-482-8341
E-Mail: John.adams@texasattorneygeneral.gov

Mr. Sean O'Neill
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC 008
Austin, Texas  78711-2548
Telephone:  512-463-2173
Direct Line: 512-475-4255
Fax: 512-936-1409
Email: Sean.Oneill@texasattorneygeneral.gov


/s/ George F. May/

_____

George F. May